AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Gregory Jackson

v.

Michael J. Astrue

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 09-CV-6497



☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants judgment on the pleadings in favor of the plaintiff and remands this matter to the Social Security Administration for the calculation of benefits.

Date: January 18, 2012

MICHAEL J. ROEMER, CLERK

By: Barbara Keenan
    Deputy Clerk